An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN MICHAEL COX,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62883

**FILED**

MAY 2 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a "motion to reconsider—early release/commutation of life sentence." Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to reconsider, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990); *Phelps v. State*, 111 Nev. 1021, 1022, 900 P.2d 344, 345 (1995). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-15269

cc:    Hon. Elissa F. Cadish, District Judge
         Steven Michael Cox
         Attorney General/Carson City
         Clark County District Attorney
         Eighth District Court Clerk